UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN,<br>Plaintiff,<br>v.<br>JOSEPH R. BIDEN, et al.,<br>Defendants. | No. 2:23-cv-00944-DJC-EFB (PC)<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The case was dismissed in January 2024 for failure to state a claim. Plaintiff now seeks reconsideration of the denial of in forma pauperis status (ECF No. 46), but the Court previously granted Plaintiff leave to proceed as such. ECF No. 20. The motion is therefore DENIED.

IT IS SO ORDERED.

Dated: **September 11, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE